UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EGGERT JENSEN,<br>BENTE JENSEN,<br>JEAN-MICHAEL FRANCES CATIN,<br>MARCEL EGLI,<br>DIRK-JANS PRINS, and<br>PETER ALTHAUS,<br><br>　　　　　Defendants. | Case No. 1:02-cr-05301-AWI<br><br>ORDER ON AMENDED MOTION TO<br>DISMISS SUPERSEDING INDICTMENT |

ORDER

Under Rule 48(a) of the Federal Rules of Criminal Procedure, the United States has moved for an order dismissing the charges in the superseding indictment in the above-captioned action against the named defendants. It is hereby ORDERED that the indictment and superseding indictment are dismissed, as to these named defendants only, and the related arrest warrants are recalled.

IT IS SO ORDERED.

Dated:   October 6, 2014                         _____
　　　　　　　　　　　　　　　　　　　　　　　　SENIOR   DISTRICT   JUDGE

1